In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00183-CR**
_____

**IN RE DENNIS F. BERNAL JR.**

_____

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. F16-26106**
_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Dennis F. Bernal Jr. asks this Court to compel the Judge of the Criminal District Court of Jefferson County to rule on Bernal's motion for judgment nunc pro tunc.[1] Bernal complains the trial court will not recognize any motion or "writ" filed by a person who is represented by counsel in the Criminal District Court. It appears Bernal is referring to a motion that he filed while he was still represented by counsel. "There is no constitutional right in Texas

_____

[1] Bernal failed to certify that he mailed a copy of his petition to the trial court and the prosecutor. *See* Tex. R. App. P. 9.5. We use Rule 2, however, to look beyond this deficiency to reach an expeditious result. *See id.* 2.

1

to hybrid representation partially pro se and partially by counsel." *Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977). Bernal has not shown that the trial court abused its discretion. We deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on June 17, 2025
Opinion Delivered June 18, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.